J-S53043-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| JEFFREY S. NEIN | |
| | No. 47 MDA 2016 |

Appeal from the Order Entered December 16, 2015
in the Court of Common Pleas of Berks County Criminal Division
at No(s): CP-06-CR-0003422-2015

BEFORE: BOWES, SHOGAN, and FITZGERALD,[*] JJ.

JUDGMENT ORDER BY FITZGERALD, J.:          **FILED AUGUST 26, 2016**

The Commonwealth appeals from the order of the Berks County Court of Common Pleas granting Appellee Jeffrey S. Nein's[1] pretrial motion for writ of *habeas corpus* and dismissing the charges of conspiracy and violations of the Wiretap Act against him.[2] The Commonwealth claims that the trial court erred in concluding that a "smartphone" with voice recording capabilities was used as a "telephone" and not an "electronic, mechanical or other device" under the Wiretap Act. **See** 18 Pa.C.S. § 5702. The trial court, in its Pa.R.A.P. 1925(a) opinion, observes that its decision is inconsistent with

---

[*] Former Justice specially assigned to the Superior Court.

[1] The Commonwealth's appeal from the order dismissing the charges against Appellee's codefendant, Ricardo A. Pena, is docketed at 46 MDA 2016.

[2] 18 Pa.C.S. §§ 903(a)(1)-(2); 5703(1)-(3).

*Commonwealth v. Smith*, 136 A.3d 170 (Pa. Super. 2016), which was decided while this appeal was pending. *See* Trial Ct. Op., 3/21/16, at 2.

Following our review, we agree with the Commonwealth and the trial court that *Smith* governs the issue raised in this appeal and requires that the trial court's order be reversed.[3] *See Smith*, 136 A.3d at 178 ("although [the defendant] used an app on his smartphone, rather than a concealed tape recorder, to surreptitiously record his conversation with [the complainant], the result is the same. [The defendant's] actions constituted a violation of Section 5703.")

Order reversed. Case remanded. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 8/26/2016

---

[3] Appellee did not file a brief in this appeal.